1  LAWRENCE G. BROWN
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2709

**FILED**

SEP 1 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10                    2 0 9 - ℞ - 3 9 5   LKK

11  UNITED STATES OF AMERICA,        )  CASE NO.
                                     )
12                  Plaintiff,       )  VIOLATIONS: 18 U.S.C. § 704(a),
                                     )  (d) - Unauthorized Exhibition
13       v.                          )  of Military Decorations and
                                     )  Medals; 18 U.S.C. § 1001 -
14  KENNETH JEROME NELSON,           )  False Statement
                                     )
15                  Defendant.       )
                                     )
16  _____)

18                    I N D I C T M E N T

19  COUNT ONE:   [18 U.S.C. § 704(a), (d) - Unauthorized Exhibition of
                  Military Decorations and Medals]

21       The Grand Jury charges: T H A T

22                    KENNETH JEROME NELSON,

23  defendant herein, on or about October 8, 2005, in the County of

24  Sacramento, State and Eastern District of California, did knowingly

25  wear a decoration and medal authorized by Congress for the armed

26  forces of the United States, and any colorable imitation thereof, to

27  wit:  a silver star for gallantry awarded under section 3746, 6244,

28  or 8746 of Title 10, knowing that he was not bestowed such decoration

                              1

1  and medal under regulations made pursuant to law, all in violation of
2  Title 18, United States Code, Section 704(a) and (d), a misdemeanor.
3  COUNT TWO:   [18 U.S.C. § 1001 - False Statement]
4        The Grand Jury further charges: T H A T
5                    KENNETH JEROME NELSON,
6  defendant herein, on or about July 6, 2009, in the County of
7  Sacramento, State and Eastern District of California, in a matter
8  within the jurisdiction of the executive branch of the Government of
9  the United States, specifically the Federal Bureau of Investigation
10 (FBI), did knowingly and willfully make material false, fictitious,
11 and fraudulent statements, that is, he stated to Special Agents of
12 the FBI who were investigating allegations that the defendant had
13 falsely claimed to have been awarded various decorations and medals
14 for meritorious military service in Vietnam, that:   (i) he had
15 received a silver star medal from the U.S. Military for his conduct
16 during a battle at Khe Sanh; (ii) he had received a Purple Heart in
17 September 1967 after sustaining a head wound during the "Siege of Con
18 Thien"; (iii) he had received a second Purple Heart in January 1968
19 after receiving a Napalm burn in Quang Tri; and (iv) he had received
20 a third Purple Heart after he stepped on a spike and received an
21 ankle wound while carrying an injured fellow soldier on his back for
22 twenty-six miles; when in fact, as the defendant then well knew, he
23 had not served in any combat role with the United States Military in
24 Vietnam or elsewhere, and that he had not received any decorations or
25 ///
26 ///
27 ///
28 ///

2

1   medals for any service in the United States Military; all in

2   violation of Title 18, United States Code, Section 1001.

3                                    A TRUE BILL.

    /s/ Signature on file w/AUSA

4

5                                    FOREPERSON

6

7

8   LAWRENCE G. BROWN
    United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      3

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

### KENNETH JEROME NELSON

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 704(a), (d) - Unauthorized
Exhibition of Military Decorations and Medals; 18 U.S.C. § 1001 -
False Statements

*A true bill,*

/ S /

_____
*Foreman.*

*Filed in open court this* _____ 10 th _____ *day*

*of* __September__ , *A.D. 20* 09

_____
*Clerk.*

*Bail, $* _____ Summons to Issue (copy) _____

**GREGORY G. HOLLOWS**

GPO 863 525

2 0 9 - ℞ - 3 9 5   LKK

**PENALTY SLIP**

| | |
|---|---|
| **DEFENDANT:** | **KENNETH JEROME NELSON** |
| **Count 1:** | Unauthorized Exhibition of Military Decorations and Medals (misdemeanor) |
| **Violation**: | 18 U.S.C. § 704 (a), (d) - |
| **Penalty**: | Not more than $100,000 fine or |
| | Not more than 1 year incarceration or both; and |
| | Up to 1-year term of supervised release. |
| **ASSESSMENT:** | $25 Mandatory Special Assessment |
| | |
| **Count 2:** | False Statements |
| **Violation**: | 18 U.S.C. § 1001 |
| **Penalty**: | Not more the $250,000 fine or |
| | Not more than 5 years imprisonment or both; and |
| | Up to 3-year term of supervised release. |
| **ASSESSMENT:** | $100 Mandatory Special Assessment |