DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KENNETH JEROME NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br> KENNETH JEROME NELSON,       )<br>                              )<br>            Defendants.       )<br> _____ ) | Cr.S. 09-395-LKK<br><br>**STIPULATION AND ORDER**<br><br>DATE: December 8, 2009<br>TIME: 9:15 a.m.<br>JUDGE: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America through CAMIL SKIPPER, Assistant U.S. Attorney, and defendant, KENNETH JEROME NELSON, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, November 10, 2009, be continued to Tuesday, December 8, 2009, at 9:15 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, through and including the date of the new status

1  conference hearing, December 8, 2009, shall be excluded from
2  computation of time within which the trial of this matter must be
3  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
4  (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to
5  prepare].

7  DATED: November 6, 2009          Respectfully submitted,
8                                   DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Benjamin Galloway
10                                  BENJAMIN GALLOWAY
                                    Assistant Federal Defender
11                                  Attorney for Defendant
                                    KENNETH JEROME NELSON
12
   DATED: November 6, 2009          LAWRENCE G. BROWN
13                                  United States Attorney

14                                  /s/ Benjamin Galloway for
                                    CAMIL SKIPPER
15                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff

18                              **O R D E R**

19  Based on the stipulation of the parties and good cause appearing
20  therefrom, the Court hereby adopts the stipulation of the parties in
21  its entirety as its order.  It is hereby ordered that the presently set
22  November 10, 2009, status conference shall be continued to December 8,
23  2009, at 9:15 a.m.  It is further ordered that the time period from the
24  date of the parties' stipulation, November 10, 2009, through and
25  including the date of the new status conference hearing, December 8,
26  2009, shall be excluded from computation of time within which the trial
27  of this matter must be commenced under the Speedy Trial Act, pursuant
28  to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time

for defense counsel to prepare].

    Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

    **IT IS SO ORDERED.**

DATED: November 10, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT