BENJAMIN B. WAGNER
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2709

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:09-CR-395-LKK |
| ) | |
| Plaintiff, ) | **MOTION TO DISMISS COUNT TWO;** |
| ) | **and ORDER** |
| v. ) | |
| ) | |
| KENNETH JEROME NELSON, ) | |
| ) | |
| Defendant. ) | |

On December 7, 2009, pursuant to a fully executed plea agreement, the defendant pleaded guilty to count one of the indictment charging a misdemeanor violation of the Stolen Valor Act, 18 U.S.C. § 704(a), (d).  On June 21, 2010, the defendant was sentenced to one year of supervised probation.  Pursuant to the terms of the plea agreement, the government now moves to dismiss the remaining count of the indictment.

                                          Respectfully submitted,

DATED:  June 22, 2010          BENJAMIN B. WAGNER
                                      United States Attorney

                                 By: <u>/s/ Camil A. Skipper</u>
                                     CAMIL A. SKIPPER
                                     Assistant U.S. Attorney

**ORDER**

Count two is hereby DISMISSED.

DATED: June 28, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE