BENJAMIN B. WAGNER
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2709

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:09-CR-395-LKK |
|---|---|
| Plaintiff, | ) **ORDER RE MOTION TO DISMISS COUNT TWO;** |
| v. | ) |
| KENNETH JEROME NELSON, | ) |
| Defendant. | ) |

On December 7, 2009, pursuant to a fully executed plea agreement, the defendant pleaded guilty to count one of the indictment charging a misdemeanor violation of the Stolen Valor Act, 18 U.S.C. § 704(a), (d).  On June 21, 2010, the defendant was sentenced to one year of supervised probation.  Pursuant to the terms of the plea agreement, the government now moves to dismiss the remaining count of the indictment.

//
//
//
//

1                                      Respectfully submitted,

2   DATED: June 22, 2010          BENJAMIN B. WAGNER
                                            United States Attorney

3

4

5                                 By: /s/ Camil A. Skipper
                                           CAMIL A. SKIPPER
                                           Assistant U.S. Attorney

6

7                                     **ORDER**

8      Count two is hereby DISMISSED.

9 DATED: July 14, 2010

10

11                            _____
                           LAWRENCE K. KARLTON

12                            SENIOR JUDGE
                           UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28